IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00127-RPM

WILLIAM ENDERSON,

    Plaintiff,

v.

GOLDEN ALUMINUM,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **May 16, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 9, 2013.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. It is

    FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to  D.C.COLO.LCivR 7.4.

    Dated: April 10th, 2013

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____

                                           Richard P. Matsch, Senior District Judge