**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-cv-00127-RPM

WILLIAM ENDERSON,

      Plaintiff,

v.

GOLDEN ALUMINUM, a Colorado corporation,
      Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

      **THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.**

      **DATED: August 2nd, 2013**

                    **BYTHECOURT:**

                    **s/Richard P. Matsch**

                    _____

                    **Richard P. Matsch, Senior District Judge**