## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-00127-RPM

**WILLIAM ENDERSON,**

    **Plaintiff,**

**v.**

**GOLDEN ALUMINUM, a Colorado corporation,**
    **Defendant.**

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

**THE COURT** having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, **DOES HEREBY ORDER** that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

**DATED: August 2nd, 2013**

                **BYTHECOURT:**

                **s/Richard P. Matsch**
                _____
                **Richard P. Matsch, Senior District Judge**